UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT SHELTON TOOMER                    CIVIL ACTION

VERSUS                                    NUMBER: 09-7446

WARDEN BURL CAIN                          SECTION: "I"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law, the original Report and Recommendation of the United States Magistrate Judge, petitioner's objections, the Supplemental Report and Recommendation of the United States Magistrate Judge, and petitioner's supplemental objections, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Robert Shelton Toomer for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 15th day of November, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE